PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.         ) | **Docket Number: 2:01CR00125-01** |
| ) | |
| **Alphene A. FORD**   ) | |
| ) | |

On September 27, 1993, the above-named was placed on supervised release for a period of eight years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/   Kris M. Miura

**KRIS M. MIURA
United States Probation Officer**

Dated:        May 20, 2008
              Sacramento, California
              KMM:jz

**REVIEWED BY:**     /s/   Kyriacos M. Simonidis
              **KYRIACOS M. SIMONIDIS
              Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:** **Alphene A. FORD**
**Docket Number:  2:01CR00125-01**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that Alphene A. Ford be discharged from supervised release, and that the proceedings in the case be terminated.

Date: May 21, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


Attachment:   Recommendation
cc:   United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office